UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)         v.                                    CIVIL ACTION NO.  3-09-CV-02338
)
)   Infinity Vacations LLC, Wachovia Corporation
)   Brad A Cormack, Craig Narez,
)   John Narez, Kyle Stoops
)   Defendants.

**Plaintiff's Response in Opposition to Defendants Motion to Quash**

1. To the honorable United States Magistrate Judge:

2. The Plaintiff now files this notice of non-suit and hereby requests the court dismiss this action without prejudice so the Plaintiff may pursue his claims in state court which may be the proper jurisdiction.


/S/ Craig Cunningham

Plaintiff, Pro-se

Mailing address:

Craig Cunningham

PO Box 180491

Dallas, Tx 75218

206-312-8648
February 16, 2010

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ) | Craig Cunningham | |
| ) | Plaintiff, Pro-se | |
| ) | | |
| ) | v. | CIVIL ACTION NO. 3-09-CV-02338 |
| ) | | |
| ) | Infinity Vacations LLC, Wachovia Corporation | |
| ) | Brad A Cormack, Craig Narez, | |
| ) | John Narez, Kyle Stoops | |
| ) | Defendants. | |

**Certificate of service**

1. I hereby certify that a true copy of the foregoing was mailed to the Defendants attorney of record.

/S/ Craig Cunningham

Plaintiff, Pro-se

Mailing address:

Craig Cunningham

PO Box 180491

Dallas, Tx 75218

206-312-8648

February 16, 2010

2